IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PHILIP W. WELLMAN,            )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:20cv813-MHT
                              )           (WO)
CENTERS FOR DISEASE           )
CONTROL AND PREVENTION,       )
et al.,                       )
                              )
     Defendants.              )
```

OPINION

Plaintiff filed this lawsuit asserting that the defendant federal government agencies and officials violated his federal and state constitutional rights, violated state law, and committed a variety of torts against him through certain actions they took during the COVID-19 pandemic. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted, plaintiff's motion for summary judgment be denied without prejudice as moot, and plaintiff's case be dismissed without prejudice.   There are no

objections to the recommendation.  After an independent

and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2022.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE